## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

**GOVERNMENT OF THE
VIRGIN ISLANDS,**

Plaintiff,

v.

**JONATHAN COHEN**

Defendant.

**CRIMINAL COMPLAINT
MAGISTRATE NUMBER 2014 - __**

2014 APR 23

I, JANINE CLAXTON, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 15th, 2009 to April 15, 2011, in St. Croix, District of the Virgin Islands, the defendant, JONATHAN COHEN, did willfully fail to file returns, supply information or pay tax to the Virgin Islands Bureau of Internal Revenue **all in violation of Title 33, Virgin Islands Code, Section 1524.** I further state that the defendant did willfully and knowingly fail to file the following income tax returns:

| Count | Year | Form | Name | | Due date |
|-------|------|------|------|---|----------|
| 1 | 2008 | 1040 | Jonathan Cohen | | 04/15/2009 |
| 2 | 2008 | 1120S | JKC Communications of the Virgin Islands | | 03/15/2009 |
| 3 | 2008 | 1120S | Clara Communications Corporation | | 03/15/2009 |
| 4 | 2008 | 1120S | Radio 95, INC. | | 03/15/2009 |
| 5 | 2009 | 1040 | Jonathan Cohen | | 04/15/2010 |
| 6 | 2009 | 1120S | JKC Communications of the Virgin Islands | | 03/15/2010 |
| 7 | 2009 | 1120S | Clara Communications Corporation | | 03/15/2010 |
| 8 | 2009 | 1120S | Radio 95, INC. | | 03/15/2010 |
| 9 | 2010 | 1040 | Jonathan Cohen | | 04/15/2011 |
| 10 | 2010 | 1120S | JKC Communications of the Virgin Islands | | 03/15/2011 |
| 11 | 2010 | 1120S | Clara Communications Corporation | | 03/15/2011 |
| 12 | 2010 | 1120S | Radio 95, INC. | | 03/15/2011 |

I further state that I am a Special Agent, with the Virgin Islands Bureau of Internal Revenue and that this complaint is based on the following:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE.

Continued on the attached sheet and made a part hereof: _X_ YES ___ NO

1

Janine Claxton
Special Agent,
Virgin Islands Bureau of Internal Revenue

Sworn to before me and subscribed in my presence.

April  23 , 2014          at          St. Croix, U.S. Virgin Islands

George W. Cannon
Magistrate Judge
U.S. District Court of the Virgin Islands

2