| |
|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** |
| **DIVISION OF ST. CROIX** |

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

    **v.**

**JONATHAN COHEN,**

           **Defendant.**

_____

       **1:14-mj-00012**

**TO:**    **Alphonso G. Andrews, Jr., Esq., AUSA**
        **Omodare Jupiter, Esq., FPD**

<u>**ORDER**</u>

THIS MATTER came before the Court upon Defendant Cohen's Motion for Permission to Travel (ECF No. 3).  This order is issued without necessity of response.

Having reviewed the motion and upon due consideration thereof, the Court will grant Defendant's request for permission to travel.

Accordingly, it is now hereby **ORDERED**:

1. Defendant Cohen's Motion for Permission to Travel (ECF No. 3) is **GRANTED**.

2. Defendant is allowed to travel to Puerto Rico from St. Croix on Thursday, April 24, 2014, and return to St. Croix on Sunday, April 27, 2014.

3. All other conditions set forth in the Order Setting Conditions of Release remain unchanged and in full force and effect.

*United States v. Cohen*
1:14-mj-00012
Order
Page 2

ENTER:

Dated: April 24, 2014                        /s/ George W. Cannon, Jr.
                                             GEORGE W. CANNON, JR.
                                             MAGISTRATE JUDGE