## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

United States of America  )
                          )
                          )
                          )     **Mg. 2014/0012**

VS                     )     **Charge:** Willful Failure to File
                          )     Return, Supply Information, or Pay
                          )     Tax 2004-2010
                          )

Jonathan Cohen         )

### MEMORANDUM RECORD OF PROCEEDING

Defendant appeared before George W. Cannon, Jr U.S. Magistrate Judge on the 23rd day of April 2014 at 12:15 pm (time), (before) (after) the filing of the Criminal Complaint in the above cause, a copy of which (was) (was not) given to the defendant. The defendant was informed of the information and constitutional rights and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X ) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was) (was not) in custody.

### O R D E R

Upon the record of proceeding, it is hereby;

**ORDERED** THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

X      unsecured Appearance Bond in the amount of $50,000.00, secured by property.
       An Appearance Bond in the amount of $_____ with security of ten percent (10%) of the face amount of the bond.

☐     Bail Bond with one or more sureties or deposit of cash in lieu thereof, in the amount of $_____.

☐     Other conditions:_____

04/23/14   Advice of Rights Hearing held

Page 1
Minutes of Proceedings

Attorney Omodare B. Jupiter, Esq (FPD) Retained to represent defendant

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: 04/23/14

/s/
George W. Cannon, Jr
U.S. Magistrate Judge

I certify that I truly and accurately interpreted the statement of the Judge from English to_____ a language which the defendant understands.

_____
Interpreter

Defendant's Date of Birth:_____Age:_____

Residence Address:_____

Mailing Address:_____

City:_____

Island (State):_____

Home Phone:_____  Business Phone:_____

Arresting Officer:_____

Date of Arrest: 04/23/14

I certify that I received a copy of this Memorandum Record of Proceeding.

_____        _____

Page 2